AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____OHIO_____

UNITED STATES OF AMERICA

V.

TODD S. MORRIS

3653 Julie Drive, Franklin, OH 45005

**WARRANT FOR ARREST**

Case Number:    1:02-CR-00173

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____TODD S. MORRIS_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (BY: KEVIN MOSER, DEPUTY)      CLERK
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                December 2, 2004, CINCINNATI, OH
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                    _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____