AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

Southern _____ DISTRICT OF Ohio (Western Division)

JAN -3 AM 11: 34

FILED
JAMES BONINI
CLERK

UNITED STATES OF AMERICA

v.

Todd S Morris

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02cr 173

I, Todd S. Morris, charged in a (complaint) (petition) pending in this District with Supervised Release Violat. in violation of Title 18, U.S.C., 3583,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X Todd Morris
Defendant

January 3, 2005
Date

[signature]
Counsel for Defendant