UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.                                    Case No. 1:02cr0173
                                       (Hogan, MJ)

Todd Morris,
    Defendant.

---

### ORDER APPOINTING COUNSEL

---

    The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

    Therefore, the Federal Public Defender, Esq., 2000 URS Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

    IT IS SO ORDERED.

Date _1/3/05_

awh    January 3, 2005

Timothy S. Hogan
United States Magistrate Judge

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. Todd S. Morris

FOR: 2005 JAN -3 AM 11:34

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Todd S. Morris

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
Magistrate:
District Court: 1-02-CR-173
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor
Supervised Release Violation

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Meta Mfg.
IF YES, how much do you earn per month? $1800.00 net
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No — Not Married
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED | SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ ___
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE | DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT: $500.00 | 1985 Pontiac Firebird

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Dustin Morris 15 yrs. – Pays child support through employer – $65.00/wk

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Personal Loan | $ | $150.00 |
| Credit Card | $1000.00 | $50.00 |
| Rent/Food | $ | $400.00 |
| Gas/Car | $ | $300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Jan 3, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Todd Morris