AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA

                                            Case Number:  1:02-cr-00173

                    V.

TODD S. MORRIS                              Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that a SUPERVISED RELEASE REVOCATION HEARING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | FEBRUARY 9, 2005 at 10:00 AM |

JAMES BONINI, CLERK


s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620


cc: Tim Oakley, Esq., AUSA     W. Kelly Johnson, Esq.     USMS     Probation     Pretrial Services