AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **OHIO**

UNITED STATES OF AMERICA

V.

TODD S. MORRIS

3653 Julie Drive, Franklin, OH 45005

**WARRANT FOR ARREST**

Case Number: 1:02-CR-00173

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TODD S. MORRIS**
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of _____ United States Code, Section(s) _____

JAMES BONINI (BY: KEVIN MOSER, DEPUTY)       CLERK
Name of Issuing Officer                                              Title of Issuing Officer

_(signature)_                                                               December 2, 2004, CINCINNATI, OH
Signature of Issuing Officer                                      Date and Location

Bail fixed at $ _____ by _____
                                                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Franklin, Ohio

| DATE RECEIVED 12/3/04 | NAME AND TITLE OF ARRESTING OFFICER JOEL J. KIMMET, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER _(signature)_, DUSM |
|---|---|---|
| DATE OF ARREST 1/3/05 | | |