IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                   Case Number: 1:02cr173

Todd S. Morris


Defendant admits to violations of conditions of supervised release. Supervised release revoked by the court.

Defendant sentenced to 4 months of electronic monitoring.

 3Years Supervised Release with conditions



Judge:                 S. Arthur Spiegel

Courtroom Deputy:     William Miller

Court Reporter:       Mary Ann Ranz, Official

Date:                 2/9/05