AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TODD S. MORRIS** | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:   1:02-CR-00173<br><br>USM Number:   07910-032<br><br>W. Kelly Johnson, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) <u>14 and 16</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 14 | UNLAWFUL USE OF CONTROLLED SUBSTANCES | 11/16/2004 |
| 16 | FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT PROGRAM | 11/23/2004 |

   The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   **1196** | February 9, 2005<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:   **1969** | |
| Defendant's Residence Address:<br>**3653 Julie Drive<br>Franklin, OH 45005** | _[signature]_<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**3653 Julie Drive<br>Franklin, OH 45005** | **S. ARTHUR SPIEGEL**, U. S. Senior District Judge<br>Name & Title of Judicial Officer<br><br>2/10/05<br>Date |

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 1:02-CR-00173 | Judgment - Page 2 of 3 |
| DEFENDANT: | TODD S. MORRIS | |

## SUPERVISED RELEASE

The defendant shall be placed on supervised release for a term of **THREE (3) YEARS**.

The defendant shall participate in the Home Confinement Program (with Electronic Monitoring) for a period of **4 months**. During this time, the defendant will remain at defendant's place of residence, except for employment and other activities approved in advance by the defendant's probation officer. The defendant shall be subject to the standard conditions of home confinement adopted by the Southern District of Ohio, which shall include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation officer. Further, the defendant will be required to pay for the daily cost of electronic monitoring services. A percentage of this payment may be waived, based on the probation officer's evaluation of the defendant's financial condition.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

[ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)  Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: 1:02-CR-00173 | Judgment - Page 3 of 3 |
| DEFENDANT: TODD S. MORRIS | |

## SPECIAL CONDITIONS OF SUPERVISION

14) Defendant shall not possess any illegal controlled substance and is prohibited from consuming alcohol.
15) Defendant shall maintain verifiable employment and provide third party disclosures when he presents a risk to his employer or others.
16) Defendant shall disclose all prescription medications to his probation officer within three work days of receiving them and provide notice of his doctors' names, addresses and telephone numbers.
17) Defendant shall advise all treating physicians about his substance abuse history and allow the probation officer to verify his treatment and medications.
18) Defendant is ordered to refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release and at least two periodic test thereafter.
19) Defendant shall participate in substance abuse and mental health treatment, inpatient or outpatient, as directed by the probation officer and he shall participate in random urinalysis for the duration of his supervision term.