PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Todd S Morris**  Case Number: **1:02CR00173**

Name of Sentencing Judicial Officer:  The Honorable S. Arthur Spiegel
Senior United States District Judge

Date of Original Sentence: **June 11, 2001**

Original Offense: **Possession with Intent to Distribute a Scheduled II Controlled Substance (Oxycontin)**

Original Sentence: **21 months prison followed by 36 months of supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **December 4, 2002**

---

On February 9, 2005, Todd Morris appeared in Court for a Supervised Release Violation Hearing. The Court violated Morris' supervised release and placed him on supervised release for three years with the condition that he complete four months on home confinement. The purpose of this report is to advise the Court that the Probation Department recently changed electronic monitoring providers. This change will delay the beginning of Morris' home confinement. Thus, it is respectfully recommended that Morris' home confinement commence as soon as possible after March 1, 2005.

Respectfully Submitted By,

Mark R. Grawe
U. S. Probation Officer
Date:  February 22, 2005

Approved By,

John C. Cole
Supervising U. S. Probation Officer
Date: February 22, 2005

---

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

2/23/05
Date