PROB 12C
Rev 2/03

# United States District Court
## for
## Southern District of Ohio
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Todd S. Morris**
3653 Julie Drive
Franklin, Ohio 45005

Case Number: **1:02CR00173**

Name of Sentencing Judicial Officer: **The Honorable S. Arthur Spiegel, Senior United States District Judge**

Date of Original Sentence: **June 11, 2001**

Original Offense: **Possession with Intent to Distribute a Schedule II Controlled Substance (Oxycontin)**

Original Sentence: **21 months prison, 36 months supervised release**

Type of Supervision: **Supervised Release**

Date Supervision Commenced: **December 4, 2002; February 9, 2005, the Court found Morris guilty of a Supervised Release Violation an continued him on Supervised Release for three years with a condition requiring four months of home confinement.**

Assistant U.S. Attorney: **Timothy D. Oakley**

Defense Attorney: **W. Kelly Johnson**

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons
[ ]   To grant an exception to revocation without a hearing.

The probation officer finds, under penalty of perjury, that probable cause to believe the defendant has violated one or more conditions of supervision exists:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Condition #7: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. On March 1, 2005, Morris reported to the Probation Department to submit a random urine sample. During the collection of a urine sample, Morris attempted to circumvent the test by using a device that produced another person's urine. Morris admitted he used the device because he used cocaine on February 26, 2005. |

U.S. Probation Officer Recommendation: Morris has reported to the Probation Department as instructed by the Probation Officer. Thus, it is respectfully recommended that a Summons be issued ordering Morris to appear in Court.

PROB 12C
Rev 2/03

2

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

Respectfully Submitted By,

Mark R. Grawe
U.S. Probation Officer
Date: March 3, 2005

Approved By,

John C. Cole
Supervising U.S. Probation Officer
Date: March 3, 2005

THE COURT ORDERS:

- [ ] No Action
- [ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [X] The Issuance of a Summons
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

3/16/05
Date