CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                           Case 1:02CR173

vs

TODD S. MORRIS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Merit Reporting
Date:   4/27/05, 1:30

Attorney for USA:    Tim Oakley
Attorney for Defendant:    W. Kelly Johnson

✓ ____ Initial appearance held. Defendant informed of rights and charges.

____ Case continued for Probable Cause Hearing ____ Detention Hearing ____
on _____
✓ ____ Probable cause hearing held/(waived). Defendant to appear before District Judge
_____ for Probation Violation/supervised release hearing.

✓ ____ Probable cause found / not found

____ Defendant DETAINED pending hearing.
✓ ____ Defendant RELEASED on _____ OR _____ bond

✓ ____ Order APPOINTING counsel   FPD _____

Remarks:
_____
_____
_____

Δ appeared on summons