AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                Case Number:  1:02-cr-00173

V.

TODD S. MORRIS                 Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 842 |
| | DATE AND TIME |
| | JUNE 8, 2005 at 10:00 AM |

    PLEASE NOTE: If the defendant is on bond, counsel will be responsible for the defendant's appearance on the date and time set above. If for any reason counsel or the defendant cannot appear as directed, then counsel must notify the Court as soon as possible.

                                      JAMES BONINI, CLERK

                                      s/Kevin Moser
                                      Kevin Moser
                                      Case Manager
                                      (513) 564-7620

cc: Tim Oakley, Esq., AUSA    W. Kelly Johnson, Esq.    USMS    Probation    Pretrial Services