AO83 (Rev. 12/85) Summons in a Criminal Case                                              Spiegel

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO__

| UNITED STATES OF AMERICA<br>V.<br>TODD S. MORRIS<br>3653 Julie Drive<br>Franklin, OH 45005 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   1:02-CR-00173 |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OH 45202 | Room<br>Room 708 |
|---|---|
| | Date and Time<br>April 27, 2005 at 1:30 PM |
| Before:   MAGISTRATE JUDGE TIMOTHY S. BLACK | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☒ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)


_[signature]_                                                March 17, 2005
Signature of Issuing Officer                                 Date

JAMES BONINI, CLERK (BY K MOSER, DEPUTY)
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me   Date   04/12/05 @ 0940 HRS. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 3653 JULIE DR. FRANKLIN OH 45005

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   04/12/05
          Date

JAMES M. WAHLRAB   S/OH
Name of United States Marshal

_____ 3058
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.