IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                       Case Number: 1:02-cr-00173

TODD S. MORRIS

MINUTES: SUPERVISED RELEASE REVOCATION (FINAL HEARING)

Defendant present with counsel

Defendant admits to alleged violations to conditions of Supervised Release.

Supervised Release is REVOKED by the Court. Defendant sentenced as follows:

Jail term of 12 Months and 1 day.

No Supervised Release to follow.

Defendant shall voluntarily surrender to the designated institution no later than 7/5/05 at 12:00 Noon

Judge:                S. Arthur Spiegel

Courtroom Deputy:    Kevin Moser

Court Reporter:       Tracy L. Allen (Ace/Merit Reporting)

Date:                June 8, 2005