AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Southern District of Ohio at Cincinnati

06 OCT -4 PM 3:49

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| TODD S. MORRIS | Criminal Number: 1:02-CR-00173(1) |
| | USM Number: 07910-028 |
| | W. Kelly Johnson, Esq. |
| | Defendant's Attorney |



**THE DEFENDANT:**
[✓]  admitted guilt to violation of condition(s) _7_ of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 | Unlawful Use of a Controlled Substance | 2/28/2005 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the provisions of the Sentencing Reform Act of 1984 and 18 U.S.C. § 3583.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  **1196**

Defendant's Date of Birth:  **1969**

Defendant's Residence Address:
**3653 Julie Drive**
**Franklin, OH 45005**

Defendant's Mailing Address:
**3653 Julie Drive**
**Franklin, OH 45005**

June 8, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

S. ARTHUR SPIEGEL, U. S. Senior District Judge
Name & Title of Judicial Officer

6/8/05
Date

I certify that this is a true and correct copy of the original filed in my office on 6/9/05.
JAMES BONINI, CLERK
BY: _____ Deputy Clerk
DATE: 6/9/05

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:02-CR-00173(1) | Judgment - Page 2 of 2 |
| DEFENDANT: | TODD S. MORRIS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWELVE (12) MONTHS AND ONE (1) DAY**.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before 12:00 Noon on <u>July 5, 2005</u>.
    [ ] as notified by the United States Marshal but no sooner than
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

~~Defendant~~ U/S delivered on  _7-5-05_  to _USP BIG SANDY_

at _Inez, Ky_, with a certified copy of this judgment.

                          _Suzanne R. Hastings, Warden_
                          ~~UNITED STATES MARSHAL~~

                By  _CPP ISO_
                     ~~Deputy U.S. Marshal~~

## Other Orders/Judgments

1:02-cr-00173-SAS USA v. Morris **CASE CLOSED on 01/24/2005**

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from km, entered on 6/9/2005 at 12:40 PM EDT and filed on 6/9/2005

**Case Name:** USA v. Morris
**Case Number:** 1:02-cr-173
**Filer:**
**Document Number:** 24

**Docket Text:**
ORDER/JUDGMENT IN A CRIMINAL CASE RE REVOCATION OF SUPERVISED RELEASE as to Todd S Morris. Defendant sentenced to 12 months and 1 day imprisonment with no supervised release to follow. Signed by Judge S Arthur Spiegel on 6/8/2005. (km, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=6/9/2005] [FileNumber=651099-0]
[0181758d8dafab8f59e70388b4711c0277f4d108bc74da12500c3615967abd8636b4a
be080323b0961cea0fd0af37c4a3f6704c5d6cf92058e3df1fdd1f31d47]]

**1:02-cr-173-1 Notice will be electronically mailed to:**

W. Kelly Johnson    fpdcin@qn.net, kelly_johnson@fd.org;donna_rieger@fd.org

Timothy D Oakley    Tim.Oakley@usdoj.gov,
Krista.Kent@usdoj.gov;crim.ecfohscin@usdoj.gov;Karl.Kadon@usdoj.gov

**1:02-cr-173-1 Notice will be delivered by other means to:**